Moslen Dress & Coat Shop, Inc., Respondent, v. Detroit Fire and Marine Insurance Company and Others, Appellants.— Order denying motion to change the place of trial from Kings county to New York county affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.

Myrtle Gardens, Inc., and Any Other Persons, Creditors of Said Myrtle Gardens, Inc., Who May Care to Join as Plaintiffs, Appellants, v. John Beplat and F. S. Neill, Inc., Respondents.— Order and judgment entered thereon unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

The People of the State of New York, Respondent, v. Frank Serpe, Alias Frank Perry, Alias " Chick," Appellant.— Judgment of conviction of the County Court of Kings county unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

Sigmund Reiss, Respondent, v. Robert C. Rittmaster and Others, Copartners, Trading as Morris & Smith, Appellants.— Judgment of the County Court of Nassau county unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Tompkins and Davis, JJ.

Grace M. Rogers, as Executrix, etc., of Willard F. Rogers, Deceased, Respondent, v. Fannie Tolkov and Others, Appellants, Impleaded with Others, Defendants.— Order reversed on the law, with ten dollars costs and disbursements, and motion to dismiss the complaint granted, with ten dollars costs. Plaintiff, executrix of one Rogers, seeks to foreclose a mortgage made by the defendants Tolkov to one Reilly, who is now the owner and holder thereof, on the theory that, at the request of the defendants, her testator paid the installments of principal and interest to Reilly pursuant to the terms of the bond and mortgage, and as a result became subrogated to some right in the security. Reilly is not even a party to this action, and is satisfied with his investment, which does not mature until November 17, 1934. Nevertheless, a stranger to him and to the title, making no claim under him, seeks in this action to foreclose his mortgage. The theory advanced to sustain the complaint is frivolous and without merit. Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.

Sally Middy Co., Inc., Appellant, v. Sol Mark, Respondent.— Judgment and order of the City Court of Mount Vernon unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Tompkins and Davis, JJ.